UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

ELIAS ABILHEIRA, ESQ.
ABILHEIRA & ASSOCIATES, P.C.
34 East Main Street
Freehold, New Jersey 07728
(732)866-1883
Our File No.:0057
Attorneys for Defendants
SEAN WELSH, DELLI SANTI BULK
TRANSPORTATION AND TRUCKING, LLC.
---------------------------------X
BESHOY H. ZAKY,

            -Plaintiff,      Civil Action No.:
-v-                         2:17-cv-06559-JMV-MF

SEAN WELSH, DELLI SANTI BULK
TRANSPORTATION AND TRUCKING, LLC.,
AND JOHN DOE I-III,

            -Defendants.
---------------------------------X

S I R S :

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all the parties to the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is dismissed with prejudice. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: June 22, 2018

| | |
|---|---|
| LEANZA, AGRAPIDIS & MAROULES, P.C.<br>777 Terrace Avenue, Ste 504<br>Hasbrouck Heights, NJ 07604<br>By: _____<br>Evan C. Agrapidis, Esq.<br>Attorney for Plaintiff<br><br>*Jerry Maroules* | Abilheira & Associates, PC<br>34 East Main Street<br>Freehold, New Jersey 07728<br><br>By: _____<br>Elias Abilheira, Esq.<br>Attorney for Defendants |